IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 07-198-01 |
| | : | |
| LAMAR BROWN | : | |

## ORDER

AND NOW, this 14th day of May, 2012, after consideration of the Lamar Brown letter received by the court on April 2, 2012, and captioned "Letter/Motion" (paper no. 41) (deemed a Motion to Vacate, Set Aside, or Correct Sentence), and the government response thereto (paper no. 42), for the reasons stated in the memorandum of today's date, it is **ORDERED** that:

The Motion to Vacate, Set Aside, or Correct Sentence (paper no. 41) is **DENIED**.

/s/ Norma L. Shapiro
J.

1